United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLEMMIE ELNORA ST. AMAND | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-0802 |
| | § | |
| EKRE of TX, LLS | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion to Remand (Doc. No. 5); Defendant's Motion to Dismiss (Doc. No. 7); and Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 12) that the Court deny Plaintiff's motion to remand and grant the Defendant's motion to dismiss. Plaintiff filed Objections (Doc. No. 14) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions.

**ORDERED** that Plaintiff Objections (Doc. No. 14) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 12) is **ADOPTED**; Plaintiff's Motion to Remand (Doc. No. 5) is **DENIED**; and Defendant's Motion to Dismiss (Doc. No. 7) **GRANTED**; It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this _____1st_____ day of May 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE